CIVIL MINUTES CLOSING

Case No <u>SACV 18-1655-AG(KESx)</u>     Date: <u>December 26, 2018</u>

Title: <u>ADAM GHADIRI v SHADETREE AUTOMOTIVE, ET AL</u>

Present <u>ANDREW J. GUILFORD , United States District Court Judge</u>

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Not Present | Not Present |

Proceedings:    ☐ In Court    X In Chambers    ☐ Counsel Notified

☐    Case previously closed in error. Make JS-5.

X    Case should have been closed on entry dated <u>11/29/18.</u> Make JS-6.

☐    Case settled but may be reopened if settlement is not finalized within    days. Make JS-6.

☐    Other               .

☐    Entered            .